Joseph M. Levy, CSB #329318
JosephLevy@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
Facsimile: (503) 323-9105
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UMUT HADLEY, an individual, | Case No. __3:26-cv-05288__ |
| Plaintiff, | **COMPLAINT** |
| v. | **DEMAND FOR JURY TRIAL** |
| MARIO ALEXANDRU, an individual, | |
| Defendant. | |

Plaintiff Umut Hadley, by and through his attorney, alleges:

**PARTIES**

1.      Plaintiff Umut Hadley is an individual domiciled in Patchogue, New York.

2.      Defendant Mario Alexandru is an individual domiciled in Osica de Sus, Romania.

**JURISDICTION AND VENUE**

3.      This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1338(a) (original jurisdiction of copyright claims).

4.      This Court has personal jurisdiction over Alexandru because, in his Digital Millennium Copyright Act ("DMCA") counter-notice, Alexandru consented under 17 U.S.C. § 512(g)(3)(D) to the jurisdiction of the federal district court for the judicial district in which his address is located, or, because Alexandru's address is outside the United States, to the jurisdiction of the judicial district in which YouTube is located.

Case No. __3:26-cv-05288__

COMPLAINT

5.     Venue is proper under 28 U.S.C. § 1391(c)(3) and § 1391(b)(3) because Alexandru is not a resident of the United States and may be sued in any judicial district, and because Alexandru is subject to this Court's personal jurisdiction with respect to this action.

## FACTUAL ALLEGATIONS

6.     On or around October 3, 2024, Hadley streamed himself on Discord playing "Birdcage," a game on the Roblox platform.  This gameplay footage was recorded by a third-party who later transferred ownership of the footage to Hadley (referred to as the "Protected Footage").  Hadley registered a copyright in the Protected Footage, U.S. Copyright Reg. No. PA 2-579-618.

7.     On or around May 27, 2025, Alexandru uploaded a video to YouTube that contained an approximately one minute and twenty second excerpt of the Protected Footage (the "Infringing Video").  The excerpt of the Protected Footage was almost entirely unaltered, except for the addition of subtitles.  A screenshot of the YouTube video is below, including a moment from the video that contained Hadley's copyrighted content:



8.     The Infringing Video fully copied and reproduced portions of the Protected Footage.

9.     On May 8, 2026, Hadley submitted a DMCA notice to YouTube to have the infringing video removed.  On May 13, 2026, Hadley received a counter-notice from Alexandru, claiming that the video was not infringing.

MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, Oregon 97201
Tel (503) 295-3085 • Fax (503) 323-9105

**FIRST CLAIM FOR RELIEF**

**(Copyright Infringement)**

10.    Hadley fully realleges and incorporates the above allegations.

11.    The Protected Footage is a copyrightable audio-visual original work under 17 U.S.C. §§ 101 *et seq.*  The U.S. Copyright Office's Certificate of Registration is *prima facie* evidence of the validity of the copyright.

12.    Alexandru, without authorization, reproduced, distributed copies of, and publicly displayed Hadley's copyrighted audiovisual work.

13.    Alexandru's actions constitute infringement of Hadley's exclusive rights in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

14.    Hadley is entitled to injunctive relief per 17 U.S.C. § 502.  Hadley has no adequate remedy at law for Alexandru's wrongful conduct because his copyright is unique and valuable property.  Alexandru's infringement harms Hadley in a way that cannot be fully remedied with a monetary award.

15.    Hadley is entitled to recover his actual damages and Alexandru's profits attributable to the infringement, pursuant to 17 U.S.C. § 504(b).

**JURY DEMAND**

16.    Hadley demands a jury trial on all issues in this matter.

**PRAYER FOR RELIEF**

WHEREFORE, plaintiff prays for judgment as follows:

1.    Judgment in favor of plaintiff and against defendant;

2.    An award of actual damages, including any profits of defendant attributable to the infringement, the exact amount of which to be determined at trial;

3.    Pre-judgment and post-judgment interest;

4.    A preliminary and/or permanent injunction restraining defendant and his agents and affiliates, and anyone acting in concert with him, from directly or indirectly violating plaintiff's rights under the Copyright Act, including an order restraining defendant from copying or reproducing the Protected Footage on YouTube's system or network; and

Markowitz Herbold PC
1455 SW Broadway, Suite 1900
Portland, Oregon 97201
Tel (503) 295-3085 • Fax (503) 323-9105

5.    Any further relief in law or equity that plaintiff is entitled to or which the Court deems appropriate.

DATED: June 3, 2026.                MARKOWITZ HERBOLD PC


*/s/ Joseph M. Levy*
Joseph M. Levy, CSB #329318
JosephLevy@MarkowitzHerbold.com
*Attorneys for Plaintiff*

MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, Oregon 97201
Tel (503) 295-3085 • Fax (503) 323-9105

4

Case No. 3:26-cv-05288

COMPLAINT