Joseph M. Levy, CSB #329318
JosephLevy@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
Facsimile: (503) 323-9105
*Attorneys for Plaintiff*

MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, Oregon 97201
Tel (503) 295-3085 • Fax (503) 323-9105

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UMUT HADLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARIO ALEXANDRU, an individual,<br><br>Defendant. | Case No. 3:26-cv-05288-LJC<br><br>**UNOPPOSED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Magistrate Judge: Lisa J. Cisneros |

Defendant Alexandru has not yet been served. He is a foreign defendant who is domiciled in Romania. Plaintiff respectfully requests that the case management conference currently set for September 3, 2026 be continued until defendant Alexandru is served.

DATED: September 2, 2026.

MARKOWITZ HERBOLD PC

*/s/ Joseph M. Levy*
Joseph M. Levy, CSB #329318
JosephLevy@MarkowitzHerbold.com
*Attorneys for Plaintiff*