Joseph M. Levy, CSB #329318
JosephLevy@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
Facsimile: (503) 323-9105
*Attorneys for Plaintiff*

MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, Oregon 97201
Tel (503) 295-3085 • Fax (503) 323-9105

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

UMUT HADLEY, an individual,

Plaintiff,

v.

MARIO ALEXANDRU, an individual,

Defendant.

Case No. 3:26-cv-05288-LJC

**PROPOSED ORDER GRANTING UNOPPOSED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Judge: Hon. Lisa J. Cisneros

Because defendant Alexandru has not yet been served, plaintiff's Unopposed Motion to Continue Case Management Conference is GRANTED.

IT IS THEREFORE ORDERED that the Case Management Conference currently scheduled for September 3, 2026, is continued until after defendant Alexandru is served.

Dated: ______________________

______________________
Hon. Lisa J. Cisneros
Judge, United States District Court