Joseph M. Levy, CSB #329318
JosephLevy@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
Facsimile: (503) 323-9105
*Attorneys for Plaintiff*

MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, Oregon 97201
Tel (503) 295-3085 • Fax (503) 323-9105

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

UMUT HADLEY, an individual,

Plaintiff,

v.

MARIO ALEXANDRU, an individual,

Defendant.

Case No. 3:26-cv-05288-LJC

**MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)**

Judge: Lisa J. Cisneros

## MOTION

Plaintiff Umut Hadley moves this Court for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b). This Motion is based on the attached Memorandum of Points and Authorities and the Declarations of Joseph M. Levy filed concurrently herewith, all of the pleadings, files, and records in this proceeding. Plaintiff respectfully requests that the Court dismiss the case without prejudice.

## MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Civil Procedure 60(b) permits a court to grant a party relief from a final judgment for "mistake, inadvertence, surprise, or excusable neglect[.]" This standard warrants relief in this case.

On October 22, 2026, plaintiff filed a notice of voluntarily dismissal, dismissing the case with prejudice. The filing of the voluntary dismissal *with* prejudice was the result of counsel's

misunderstanding of plaintiff's request, not a strategic decision by the plaintiff. (Declaration of Joseph M. Levy in Support of Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b) ¶ 2.) Accordingly, the "filing of such a dismissal can hardly be viewed as the result of a deliberate and counseled decision," thereby warranting relief from the judgment. *Guardia v. Wells Fargo Bank, N.A.*, No. 2:25-CV-10906-MCS-AS, 2026 WL 2373325, at *1 (C.D. Cal. July 15, 2026). Plaintiff makes this request within a "reasonable time," Fed. R. Civ. P. 60(c)(1), as it is being made the same day as the voluntary dismissal was filed. And there is no prejudice to the defendant, who has not yet been served.

**CONCLUSION**

Plaintiff respectfully requests relief from the judgment and requests that the Court dismiss the case without prejudice.

DATED: October 22, 2026.

MARKOWITZ HERBOLD PC

*/s/ Joseph M. Levy*

Joseph M. Levy, CSB #329318
JosephLevy@MarkowitzHerbold.com
*Attorneys for Plaintiff*

MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, Oregon 97201
Tel (503) 295-3085 • Fax (503) 323-9105