Joseph M. Levy, CSB #329318
JosephLevy@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
Facsimile: (503) 323-9105
*Attorneys for Plaintiff*

MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, Oregon 97201
Tel (503) 295-3085 • Fax (503) 323-9105

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UMUT HADLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARIO ALEXANDRU, an individual,<br><br>Defendant. | Case No. 3:26-cv-05288-LJC<br><br>**DECLARATION OF JOSEPH M. LEVY IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)**<br><br>Judge: Lisa J. Cisneros |

I, Joseph M. Levy, declare as follows:

1. I am an attorney with Markowitz Herbold PC, attorneys of record for plaintiff Umut Hadley. I have personal knowledge of the facts set forth herein. I make this declaration in support of plaintiff's Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b).

2. The notice of voluntary dismissal which dismissed the action with prejudice was the result of my misunderstanding of the plaintiff's instructions for the dismissal. It was not a deliberate decision by the plaintiff.

///

///

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed October 22, 2026, at Portland, Oregon.

*/s/ Joseph M. Levy*
Joseph M. Levy

MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, Oregon 97201
Tel (503) 295-3085 • Fax (503) 323-9105