David Awad (CA SBN 357204)
david@awad.esq
Awad Law P.C.
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (646) 653-4385
*Attorney for Defendant Mario Alexandru, appearing specially*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UMUT HADLEY, an individual,<br>Plaintiff,<br><br>v.<br><br>MARIO ALEXANDRU, an individual,<br>Defendant. | Case No. 3:26-cv-05288-LJC<br><br>**NOTICE OF SPECIAL APPEARANCE**<br>Hon. Lisa J. Cisneros |

PLEASE TAKE NOTICE that David Awad, Esq., of Awad Law P.C., hereby enters his special, limited appearance as counsel on behalf of defendant Mario Alexandru. The appearance of defendant's counsel is limited solely to filing an opposition memorandum to plaintiff's currently-pending Rule 60(b) motion for relief from his Rule 41(a)(1)(A)(i) voluntary dismissal with prejudice, DE 15. The undersigned requests that copies of all orders or other documents filed or served relating to plaintiff's Rule 60 motion in this matter be served on him via CM/ECF or at the address listed above, as appropriate. For avoidance of doubt, defendant does not waive any defenses he has including but not limited to this Court's personal jurisdiction over him or service of process.

Dated: October 23, 2026

Respectfully submitted,

/s/ David Awad
David Awad
Awad Law P.C.
Attorney for Defendant Mario Alexandru, appearing specially