Griffin C. Klema (Fla. Bar No. 100279)
griffin@klemalaw.com
Klema Law, P.L.
PO Box 172381
Tampa, FL 33672-0381
Telephone: (202) 713-5292
Pro hac vice application pending
*Attorney for Defendant Mario Alexandru*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

UMUT HADLEY, an individual,
Plaintiff,

v.

MARIO ALEXANDRU, an individual,
Defendant.

Case No. 3:26-cv-05288-LJC

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Griffin C. Klema is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ___________________

_______________________________________
United States District/Magistrate Judge