Joseph M. Levy, CSB #329318
JosephLevy@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
Facsimile: (503) 323-9105
*Attorneys for Plaintiff*

MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, Oregon 97201
Tel (503) 295-3085 • Fax (503) 323-9105

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

UMUT HADLEY, an individual,

Plaintiff,

v.

MARIO ALEXANDRU, an individual,

Defendant.

Case No. 3:26-cv-05288-LJC

**DECLARATION OF UMUT HADLEY IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)**

Judge: Lisa J. Cisneros

I, Umut Hadley, declare as follows:

1. I am the plaintiff in this action. I have personal knowledge of the facts set forth herein. I make this declaration in support of plaintiff's Reply in Support of Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b).

2. I did not instruct my counsel to file the notice of voluntary dismissal with prejudice. I did not intend to abandon my claims with prejudice. I noticed that the language "with prejudice" had been included in the notice within hours after it was filed. My counsel filed the pending Rule 60(b) motion that same evening.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed 11 / 12 / 2026, at Medford, New York.

Umut Hadley

2506081.2

MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, Oregon 97201
Tel (503) 295-3085 • Fax (503) 323-9105


Doc ID: ed4c4a0ee72697648415f6d8bb9473309f030286