Joseph M. Levy, CSB #329318
JosephLevy@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
Facsimile: (503) 323-9105
*Attorneys for Plaintiff*

MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, Oregon 97201
Tel (503) 295-3085 • Fax (503) 323-9105

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

UMUT HADLEY, an individual,

Plaintiff,

v.

MARIO ALEXANDRU, an individual,

Defendant.

Case No. 3:26-cv-05288-LJC

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)**

Judge: Lisa J. Cisneros

Having considered Plaintiff Umut Hadley's Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b) and the other pleadings on file, the Court ORDERS as follows:

1. Plaintiff's Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b) is GRANTED.

///

///

///

///

///

///

///

IT IS THEREFORE ORDERED that Plaintiff is granted relief from judgment and that Plaintiff's suit is dismissed without prejudice, without an award of fees or costs to either party.

DATED: ______________________

______________________________
Hon. Lisa J. Cisneros
United States Magistrate Judge

MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, Oregon 97201
Tel (503) 295-3085 • Fax (503) 323-9105