Joseph M. Levy, CSB #329318
JosephLevy@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
Facsimile: (503) 323-9105
*Attorneys for Plaintiff*

MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, Oregon 97201
Tel (503) 295-3085 • Fax (503) 323-9105

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

UMUT HADLEY, an individual,

Plaintiff,

v.

MARIO ALEXANDRU, an individual,

Defendant.

Case No. 3:26-cv-05288-LJC

**DECLARATION OF JOSEPH M. LEVY IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR ATTORNEY'S FEES**

Judge: Lisa J. Cisneros

I, Joseph M. Levy, declare as follows:

1. I am an attorney with Markowitz Herbold PC, attorneys of record for plaintiff Umut Hadley. I have personal knowledge of the facts set forth herein. I make this declaration in support of plaintiff's Response to Defendant's Motion for Attorney's Fees.

2. On November 2, 2026, at approximately 10:20 a.m. PT, I received a call from my receptionist informing me that a "Griffin Klema" was calling for me. I took the call, and was informed by Mr. Klema that he represented the defendant.

3. On this call, Mr. Klema and I discussed defendant's forthcoming opposition to plaintiff's Rule 60(b) motion. Mr. Klema then informed me that he may also be filing a petition for attorney fees, though he had not made a decision about whether or not to do so.

4. Mr. Klema did not provide me with any information about the fees for which defendant would seek to recover, the legal basis for the petition, or any of the factors concerning

an award of attorney fees. The only information I was provided was the fact that Mr. Klema disagreed with the Ninth Circuit's decision in *Cadkin v. Loose*, 569 F.3d 1142 (9th Cir. 2009). Because I was provided no advance notice about the call, I was not able to prepare to meaningfully confer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed November 19, 2026, at Portland, Oregon.

*/s/ Joseph M. Levy*
Joseph M. Levy

2508696.3

MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, Oregon 97201
Tel (503) 295-3085 • Fax (503) 323-9105