KLEMA LAW, PL
420 W. Kennedy Blvd, Second Floor, Tampa, FL 33606
202-713-5292 | Griffin@KlemaLaw.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UMUT HADLEY, an individual,<br>Plaintiff,<br>v.<br>MARIO ALEXANDRU, an individual,<br>Defendant. | Case No. 3:26-cv-05288-LJC<br>**[proposed] ORDER SUSTAINING DEFENDANT'S OBJECTION TO PLAINTIFF'S REPLY BRIEF AND DECLARATION (ECF No. 31)**<br>The Hon. Maj. J. Lisa J. Cisneros |

This case has been referred to the undersigned magistrate judge pursuant to the parties' consents (ECF Nos. 8 and 19).

Before the Court is defendant Mario Alexandru's objection (ECF No. 31) pursuant to Civil Local Rule 7-3(d)(1), to the arguments of plaintiff Umut Hadley in his reply (ECF No. 26) and his declaration (ECF No. 27). After considering the objection, and reviewing the reply, declaration, and initial motion and declaration filed by plaintiff (ECF Nos. 15 and 16) seeking to vacate plaintiff's notice of voluntary dismissal, as well as defendant's opposition papers (ECF Nos. 20-0 and 20-1), the Court SUSTAINS the objection insofar as portions of plaintiff's reply are not merely responsive to defendant's arguments in his opposition papers, but attempts to introduce new arguments and evidence pursuant to a different legal basis for relief under Rule 60(b)(1). Further, plaintiff's declaration is new evidence that could have and should have been included in plaintiff's original moving papers.

KLEMA LAW, PL
420 W. Kennedy Blvd, Second Floor, Tampa, FL 33606
202-713-5292 | Griffin@KlemaLaw.com

Accordingly, the Court will take plaintiff's motion to vacate and declaration of Joseph M. Levy, as well as defendant's opposition brief and declaration of Mario Alexandru under advisement. The Court will not consider Sections I, II, or IV of plaintiff's reply brief, nor the declaration of Umut Hadley in disposing of plaintiff's motion.

**IT IS SO ORDERED**

Dated: ________________ , 2026

______________________________
LISA J. CISNEROS
United States Magistrate Judge